UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMERO MENDOZA, on Behalf of Himself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § § | CIVIL ACTION NO. : 4:23-cv-1652 |
| KBR TECHNICAL SERVICES, INC., | § § § | |
| Defendant. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Romero Mendoza files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and would respectfully show the Court the following:

I.

1. Plaintiff filed his Complaint on May 3, 2023 (Doc. 1). To date, Defendant has not filed an Answer or a Motion for Summary Judgment.

2. This case is not governed by any federal statute that requires a court order for dismissal of the case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

Respectfully submitted,

By: /s/ Beatriz Sosa-Morris
Beatriz-Sosa Morris
SOSA-MORRIS NEUMAN, PLLC
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

ATTORNEY IN CHARGE FOR PLAINTIFF

OF COUNSEL:
John Neuman
JNeuman@smnlawfirm.com
State Bar No. 24083560
SOSA-MORRIS NEUMAN, PLLC
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8630
Facsimile: (281) 885-8813