United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROMERO MENDOZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01652 |
| | § | |
| **KBR TECHNICAL SERVICES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Dismissal Without Prejudice. This case is therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41.

**IT IS SO ORDERED**.

Signed at Houston, Texas on May 30, 2023.

_____
Keith P. Ellison
United States District Judge