# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ROMERO MENDOZA,** | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-cv-01652** |
| | § | |
| **KBR TECHNICAL SERIVCES, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The Parties in this case filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 10. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th day of August, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE